IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,     )<br>                              )<br>          Plaintiffs,           )<br>                              )<br>     vs.                      )<br>                              )<br>ERIC SANCHEZ- CHAVEZ,          )<br>               Defendant.    )<br>_____ ) | No. 1:10-mj-00193-SMS<br><br>ORDER OF RELEASE |

The above named defendant having been sentenced to Time Served on July 23, 2010 in the above-entitled matter.

IT IS HEREBY ORDERED that the defendant shall be released forthwith. A certified Judgment and Commitment order to follow.


IT IS SO ORDERED.


Dated:  July 23, 2010              /s/ Sandra M. Snyder
                                 UNITED STATES MAGISTRATE JUDGE

12/6/06 ordrelease.form

1